In the Matter of DOLLAR SAVINGS BANK OF THE CITY OF NEW YORK, Respondent, against JESSE L. ROSENBERG et al., as Trustees under the Will of NATHAN COHEN, Deceased, Appellants.

Argued February 24, 1942; decided March 19, 1942.

*Jesse L. Rosenberg*, in person, and *Wesley S. Sawyer* for appellants.
*Martin A. Schenck* and *Robert Gerbracht, Jr.*, for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.